UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:17-cv-60305-UU

ROBERTO GONZALEZ,

     Plaintiff,

vs.

VICO'S BAR (SPORTS, GRILL &
FUN), INC. d/b/a VICO'S BAR SPORTS
GRILL, and TRAIL PLAZA, LLC

     Defendants.

_____/

## NOTICE OF SETTLEMENT

Defendant, Trail Plaza, LLC, through its undersigned counsel, hereby gives notice that it

has reached a final settlement with Plaintiff.  The settlement documents are in the process of

being completed and final dismissal papers will be filed with the Court within twenty (20) days.

## CERTIFICATE OF SERVICE

WE CERTIFY that on June 7, 2017, a true and correct copy of the foregoing was filed
with this Court using CM/ECF.  We also certify that the foregoing document is being served this
day on all counsel of record or pro se parties identified on the attached Service List in the manner
specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S.
Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

**GREENSPOON MARDER, P.A.**
*Attorneys for Defendant Trail Plaza, LLC*
2255 Glades Road, Suite 400-E
Boca Raton, FL  33431
Phone: (954) 491-1120 Ext. 1233
peter.siegel@gmlaw.com

BY: ___ s/ Peter R. Siegel ___
    **PETER R. SIEGEL**
    Florida Bar #988634

CASE NO.: 0:17-cv-60305-UU

## <u>SERVICE LIST</u>

*Attorneys for Plaintiff*

**The Advocacy Group**

Jessica Kerr, Esq.
333 Las Olas Way
Unit CU3-311
Ft. Lauderdale, FL  33301
Tel:   (954) 282-1858
Fax:  (844) 786-3694
Email: jkerr@advocacypa.com
Service Email:  service@advocacypa.com

2

30848854v1 46233-0004