UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60305-UU

ROBERTO GONZALEZ,

    Plaintiff,

vs.

VICO'S BAR (SPORTS, GRILL &
FUN), INC. d/b/a VICO'S BAR SPORTS
GRILL, and TRAIL PLAZA, LLC

    Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Robert Gonzalez, and Defendant, Trail Plaza, LLC, by and through their respective undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice.

Dated this 9th day of June, 2017.

| | |
|---|---|
| **THE ADVOCACY GROUP** | **GREENSPOON MARDER, P.A.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 333 Las Olas Way, Ste. CU3-311 | 2255 Glades Road, Suite 400-E |
| Ft. Lauderdale, FL 33301 | Boca Raton, FL  33431 |
| Phone: (954) 282-1858 | Phone: (954) 491-1120 Ext. 1233 |
| Fax:   (844) 786-3694 | Fax:   (954) 267-8027 |
| Email:  jkerr@advocacypa.com | Email:  Peter.siegel@gmlaw.com |
| | |
| BY:    s/ Jessica L. Kerr | BY:    s/ Peter R. Siegel |
| **JESSICA L. KERR** | **PETER R. SIEGEL** |
| Florida Bar # 92810 | Florida Bar #988634 |

30882218v1 46233.0004