UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60305-UU

ROBERTO GONZALEZ,

     Plaintiff,

vs.

VICO'S BAR (SPORTS, GRILL &
FUN), INC. d/b/a VICO'S BAR SPORTS
GRILL, and TRAIL PLAZA, LLC

     Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 27]. The Court having review the Joint Stipulation and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE, including all claims that could have been raised in this action. Each party shall bear its own attorneys' fees and costs except as otherwise agreed to by the parties.

DONE AND ORDERED in Chambers, Miami, Florida, this _12th_ day of June, 2017.

_Ursula Ungaro_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record